IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN REFUGIO SANCHEZ,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | No. CV-F-07-039 OWW<br>(No. CR-F-03-5165 OWW)<br><br>MEMORANDUM DECISION AND ORDER DISMISSING PETITIONER'S MOTION PURSUANT TO 28 U.S.C. § 2255 AS MOOT (Doc. 470) |

　　　On January 8, 2007, Petitioner filed a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255.

　　　Petitioner's motion raises a claim for relief asserted in and resolved by Memorandum Decision and Order signed on June 2, 2008 in *Juan Refugio Sanchez v. United States*, No. CV-F-05-346 OWW.  Consequently, this action is DISMISSED AS MOOT.

　　　IT IS SO ORDERED.

Dated:   June 2, 2008　　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1