1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8

9  JUAN REFUGIO SANCHEZ,          )        No. CV-F-05-346 OWW
                                  )        (No. CR-F-03-5165 OWW)
10                                )
                                  )        ORDER DENYING RESPONDENT'S
11              Petitioner,       )        MOTION TO DISMISS PETITIONER
                                  )        JUAN REFUGIO SANCHEZ'S
12         vs.                    )        SECTION 2255 MOTION (Doc.
                                  )        504)
13                                )
   UNITED STATES OF AMERICA,      )
14                                )
                                  )
15              Respondent.       )
                                  )
16 _____ )

17      By Order filed on June 5, 2008, the United States was

18 ordered to respond to Petitioner's claim of ineffective

19 assistance of counsel because of counsel's alleged failure to

20 file a Notice of Appeal after being requested to do so by

21 Petitioner.

22      The United States moves to dismiss this claim because

23 Petitioner specifically waived his right to appeal in his written

24 Plea Agreement.

25      The motion to dismiss is DENIED.  In *United States v.*

26 *Sandoval-Lopez*, 409 F.3d 1193 (9th Cir.2005), the Ninth Circuit

1

1   **held that it was error to dismiss without an evidentiary a**

2   **Section 2255 motion alleging that the petitioner, who had waived**

3   **his right to appeal in a plea agreement, specifically told his**

4   **attorney to file a Notice of Appeal.**

5       IT IS SO ORDERED.

6   **Dated:    June 16, 2008                    /s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE

2