UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

\* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiffs,<br><br>   v.<br><br>JUAN REFUGIO SANCHEZ,<br><br>   Defendant. | Case No.:   1:03-cr-05165 OWW<br><br>**ORDER** |

An evidentiary hearing at which the defendant's presence is required has been ordered to be held November 3, 2008 at 2:00 p.m. in Courtroom 3, United States District Court, Eastern District of California, Fresno.

The warden of Lompoc Federal Correctional Institution shall produce defendant for transport to this court and deliver defendant to the custody of the U.S. Marshal for transportation in time for the court hearing.

IT IS SO ORDERED.

**Dated:   September 26, 2008**              /s/ Oliver W. Wanger
                                             UNITED STATES DISTRICT JUDGE