McGREGOR W. SCOTT
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
Robert E. Coyle Federal Courthouse
2500 Tulare Street, Room 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN REFUGIO SANCHEZ,<br><br>Defendant. | 1:03-CR-5165 OWW<br><br>ORDER DENYING DEFENDANT'S MOTION TO DISMISS |

This matter came before the court on the Defendant's Motion to Dismiss filed June 6, 2008. The Court having read the papers filed and having heard the arguments of counsel,

IT IS HEREBY ORDERED, that the defendant's motion is denied for the reasons stated orally on the record at the hearing on November 24, 2008.

DATED: 12-5, 2008

OLIVER W. WANGER
United States District Court Judge

1