IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUAN REFUGIO SANCHEZ,**<br><br>         **Petitioner,**<br><br>    **vs.**<br><br>**UNITED STATES OF AMERICA,**<br><br>         **Respondent.** | No. CV-F-05-346 OWW<br>(No. CR-F-03-5165 OWW)<br><br>ORDER DENYING PETITIONER'S<br>MOTION FOR RECONSIDERATION<br>OF DENIAL OF REQUEST FOR<br>CERTIFICATE OF APPEALABILITY |

**Petitioner's motion for reconsideration of the denial of his request for certificate of appealability is DENIED.**

IT IS SO ORDERED.

**Dated:   December 31, 2008**                    /s/ Oliver W. Wanger
                                                        UNITED STATES DISTRICT JUDGE

1